IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY SR., | ) | 8:09CV251 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTION CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Extend Time to Pay Filing Fee. (Filing No. 10.) Because the court already granted Petitioner's Motion to Proceed in Forma Pauperis in this case (*see* filing no. 9), Petitioner's Motion is denied as moot.

IT IS THEREFORE ORDERED that: Petitioner's Motion to Extend Time to Pay Filing Fee (filing no. 10) is denied as moot.

September 1, 2009.        BY THE COURT:

*Richard G. Kopf*
United States District Judge