IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY SR., | ) | 8:09CV251 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DOUGLAS COUNTY CORRECTION CENTER, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

December 23, 2009.            BY THE COURT:

*Richard G. Kopf*
United States District Judge